OHLANDT et al. v. JOOST et al.

S. F. No. 1442; May 3, 1898.

53 Pac. 213.

Appeal.—Where a Motion to Dismiss an Appeal Involves an examination into its merits, the motion will be denied, with leave to renew it on submission of the cause.[1]

APPEAL from Superior Court, City and County of San Francisco.

Action by one Ohlandt and others against one Joost and others. On motion to dismiss an appeal. Denied.

Mullany, Grant & Cushing for appellants; A. F. Morrison for respondents.

PER CURIAM.—It appearing that a determination of the motion to dismiss the appeal in this case involves the necessity of an examination into the merits of the appeal, it is ordered that said motion be, and it is hereby, denied, with leave to the respondents to renew such motion in submitting said cause upon the merits.